<u>STATEMENT OF FACTS</u>

  On Wednesday, October 5, 2005, at about 6:35 p.m., sworn officers with the Metropolitan Police Department's Third District executed a D.C. Superior Court search warrant at xxx Xxxxxxx Xxxxx, X.X., Apartment X, Washington, D.C. When officers approached the front porch, the defendant, Diandre Howard, was sitting outside. A search of the apartment revealed a loaded .38 caliber revolver, a Brinks box containing a chunk of a white rock-like substance, a ziplock containing loose chunks of white rock-like substance, plastic wrap containing a white rock-lie substance, 6 razor blades, 4 rounds of ammunition, 2 boxes of ammunition, numerous unused ziplock bags, a ziplock containing a white rock-like substance, a pill bottle containing 41 ziplocks containing white rock-like substance, and a ziplock bag containing a green weed-like substance. A portion of the white rock-like substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive for THC. Recovered from outside within arm distance of where the defendant was sitting was 46 ziplock bags containing a white rock-like substance and a cannister containing 36 ziplocks containing white rock-like substance. The defendant told officers that he lived in the above apartment with his wife and kids. The defendant also had a set of keys to the apartment in his pocket. Officers placed the defendant under arrest. The approximate weight of the white rock-like substance was more than 70 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                _____
                OFFICER DEVINCI WOODEN
                THIRD DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF OCTOBER, 2005.


                _____
                U.S. MAGISTRATE JUDGE